IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01711-MJW

PETER FINNEGAN,

Plaintiff,

v.

STATE FARM MUTUAL AUTO INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED the document filed by Plaintiff "Motion for Order to Scheduling Order" (Docket No. 24) is DENIED.  The Proposed Scheduling Order is not a motion and shall be filed in accordance with proper E-filing procedures.  If the parties are unsure of or unable to locate the documented proper procedure, they shall call the Court Help Desk (303) 335-2050.  It is further ORDERED that

    the Proposed Scheduling Order shall be properly filed not later than 12:00 noon on September 22, 2014.

Date:   September 19, 2014