**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Case No. 14-cv-01711-RM-MJW

PETER FINNEGAN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTO INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

---

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal of All Claims with Prejudice filed March 11, 2015 (ECF No. 33). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion for Dismissal is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 11th day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge